# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| ELLWOOD CITY FORGE COMPANY, ELLWOOD QUALITY STEELS COMPANY, ELLWOOD NATIONAL STEEL COMPANY, AND A. FINKL & SONS, *Plaintiffs*, v. UNITED STATES *Defendant*, BHARAT FORGE LIMITED, *Defendant-Intervenor.* | Court No. 21-00007 |

## SCHEDULING ORDER

All counsel having consulted and consented in this matter, the following schedule for this action is adopted:

(1) Plaintiffs shall file their Rule 56.2 Motion for Judgment Upon the Agency Record and opening brief on or before July 19, 2021;

(2) Defendant and Defendant-Intervenor shall file their responses on or before October 18, 2021; and

(3) Plaintiffs shall file their reply brief on or before November 17, 2021.

(4) Plaintiffs shall file the joint appendix 14 days after the due date for reply briefs.

(5) Motions for oral argument are due within 21 days of the filing of any reply briefs.

Pursuant to Rules 1, 16, and 56.2 of the Rules of the United States Court of International Trade, the foregoing schedule is hereby made an order of the Court.

Dated: _____          _____
       New York, New York                                 Judge

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

|  |  |
|---|---|
| ELLWOOD CITY FORGE COMPANY, ELLWOOD QUALITY STEELS COMPANY, ELLWOOD NATIONAL STEEL COMPANY, AND A. FINKL & SONS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES<br>*Defendant*,<br><br>BHARAT FORGE LIMITED,<br><br>*Defendant-Intervenor*. | Court No.  21-00007 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Plaintiffs Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons ("Plaintiffs") have consulted with all parties of record to this proceeding and hereby submit the following Joint Status Report and Proposed Briefing Schedule, as required by Rule 56.2(a) of the Rules of this Court.

**I.   Joint Status Report**

The parties' responses to the questions set forth in Rule 56.2(a) are as follows:

**A.   Does the Court have jurisdiction over the action?**

This appeal challenges certain aspects of the final determination of the United States Department of Commerce in *Forged Steel Fluid End Blocks from India: Final Negative Determination of Sales at Less Than Fair Value,* 85 Fed. Reg. 80,003 (Dec. 11, 2020) ("*Final Determination*"). Plaintiffs believe that the Court has exclusive jurisdiction over these actions pursuant to 28 U.S.C. § 1581(c) because this action is commenced under 19 U.S.C. §§

1

1516a(a)(2)(A)(i)(I) and (B)(ii).  Defendant, the United States, at this time is unaware of any basis upon which to challenge the Court's jurisdiction.

    **B. Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons therefore?**

All parties agree that the case should not be consolidated with any other case, nor should any portion of the case be severed.

    **C. Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reasons therefore?**

All parties agree that further proceedings should not be deferred pending consideration of another case before this Court or any other tribunal.

    **D. Is there any other information of which the Court should be aware at this time?**

There is no other information of which the Court should be aware at this time.

**II.   Proposed Briefing Schedule**

The parties have consulted and have agreed upon a briefing schedule, as follows:

- Plaintiffs shall file their Rule 56.2 Motions for Judgment Upon the Agency Record and opening briefs on or before July 19, 2021;

- Defendant and Defendant-Intervenor shall file their responses on or before October 18, 2021; and

- Plaintiffs shall file their reply briefs on or before November 17, 2021.

In accordance with Rule 56.2(c)(3), Plaintiffs shall file the joint appendix 14 days after the due date for the reply briefs.  In accordance with Rule 7(c), any motion for oral argument is due within 21 days of the filing of the reply brief.

A proposed Scheduling Orders reflecting the above are attached.

Respectfully submitted,

/s/ Jack A. Levy
Jack A. Levy
Myles S. Getlan
Thomas M. Beline
James E. Ransdell
CASSIDY LEVY KENT (USA) LLP
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone: (202) 567-2313
Fax: (202) 567-2301
Email: jlevy@cassidylevy.com

*Counsel to Plaintiffs, Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons*


BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

/s/ Sarah E. Kramer
Sarah E. Kramer
United States Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Phone: (202) 353-0537
Fax: (202) 305-2062
Email: sarah.e.kramer@usdoj.gov

*Counsel to Defendant, United States*

Of Counsel:
W. Mitch Purdy
U.S. Department of Commerce
Office of the Chief Counsel for
Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230
Phone: (202) 482-5214
Fax: (202) 482-4912
Email: William.Purdy@trade.gov

3

/s/ Brittney R. Powell
Brittany R. Powell
Lizbeth R. Levinson
Ronald M. Wisla
FOX ROTHSCHILD LLP
1030 15TH Street NW
Suite 380 East
Washington, DC 20009
Phone: (202) 361-3100
Fax: (202) 361-3102
Email: bpowell@foxrothschild.com

*Counsel to Defendant-Intervenor Bharat Forge Limited*

Dated:  April 20, 2021

4